UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY R. TURNER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KINGS COUNTY SUPERIOR COURT, et al.,<br><br>　　　　　Defendants. | No. 2:15-cv-2286 MCE DB P<br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed May 6, 2016, plaintiff was ordered to pay the full filing fee of $400 for this action, and was cautioned that failure to do so would result in a recommendation that this action be dismissed. The fourteen day period to make that payment has expired, and plaintiff has not paid the required fee or otherwise responded to the court's order.

　　　　Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

　　　　These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the

1

objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED:  August 29, 2016                     /s/  DEBORAH BARNES
                                            UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-civil rights/turn2286.fifp